AO 451 (TXND Rev. 10/13) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | | |
|---|---|---|
| SINGLE BOX, L.P., et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 4:19-CV-530-A |
| BRETT DEL VALLE, et al | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __07/27/2020__.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for filing an appeal has expired, and if an appeal was filed, it is no longer pending.

Date: __09/09/2020__

CLERK OF COURT

__Donna Rohmfeld__
*Signature of Clerk or Deputy Clerk*