WHEN RECORDED MAIL TO:

Miles D. Grant
Grant & Kessler, APC
1331 India Street
San Diego, CA 92101

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Single Box, L.P., et al.<br><br>PLAINTIFF(S),<br>v.<br><br>Brett Del Valle, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:20-mc-00095<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on September 11, 2020 in favor of Single Box, L.P. and SB AB West Loop, L.P., f/k/a SB Finco AB, L.P. whose address is 301 Commerce Street, Suite 3200, Forth Worth, TX 76012 and against Brett Del Valle, PRP Menifee, LLC and Peninsula Retail Partners V, LLC whose last known address is 417 29th Street, Newport Beach, CA 92663 for $ 3,767,998.06    Principal,  $ 9,301.28    Interest,  $ 0    Costs, and $ 329,543.77    Attorney Fees.

ATTESTED this    21    day of September , 20 20
Judgment debtor's driver's license no. and state;  _____ (last 4 digits) ☑ Unknown.
Judgment debtor's Social Security number;  2003  (last 4 digits) ☐ Unknown.
☑  No stay of enforcement ordered by Court
☐  Stay of enforcement ordered by Court, stay date ends  _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

417 29th Street
Newport Beach, CA 92663

CLERK, U.S. DISTRICT COURT

By /s/ Daniel Tamm
       Deputy Clerk

1246

NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.

G-18 (03/12)          ABSTRACT OF JUDGMENT/ORDER

